IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THRIVE HOLDINGS, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNG LIVING ESSENTIAL OILS, LC, a Utah limited liability company, GARY YOUNG, an individual, MARY YOUNG, an individual, TRAVIS OGDEN, an individual, SON LE, an individual, KEVIN PACE, an individual, CRAIG ARMAKI, an individual, JARED TURNER, an individual, MARC SCHRUEDER, an individual, and JOHN DOES 1-10,<br><br>    Defendants. | ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS<br><br><br>Case No. 2:13-CV-482 TS<br>Judge Ted Stewart<br><br><br>Member Case 2:13cv502 TS |

This matter is before the Court on Plaintiff Thrive Holdings, LLC's ("Thrive Holdings") Motion to Consolidate.[1]  Plaintiff seeks to consolidate two cases: *Thrive Holdings, LLC v. Young Living Essential Oils, LC*, Case No. 2:13-CV-482 TS and *Young Living Essential Oils, LC v. dōTERRA, INC.*, Case No. 2:13-CV-502 CW.  Young Living Essential Oils, LC ("Young Living") does not oppose this Motion.  However, Young Living seeks a revised scheduling order to govern the consolidated matter.

Consolidation of civil cases is governed by local rule DUCivR 42-1.  Pursuant to DUCivR 42-1:

---

[1]Docket No. 28.

1

Any party may file a motion and proposed order to consolidate two or more cases for hearing by a single judge if the party believes that such cases or matter
(a) arise from substantially the same transaction or event;
(b) involve substantially the same parties or property;
(c) involve the same patent, trademark, or copyright;
(d) call for determination of substantially the same questions of law; or
(e) for any other reason would entail substantial duplication of labor or unnecessary court costs or delay if heard by different judges.

Here, Thrive Holdings has brought this Motion on the grounds that these cases (1) involve common questions of law; (2) rely on the same federal statute to fall within the jurisdiction of the federal courts; (3) involve common questions of fact; and (4) involve substantially the same parties.

For the reasons listed above and included in Thrive Holdings' Motion, the Court will grant the Motion and consolidate the cases. Pursuant to DUCivR 42-1, *Young Living Essential Oils, LC v. dōTERRA, INC.*, Case No. 2:13-CV-502 CW is consolidated into *Thrive Holdings, LLC v. Young Living Essential Oils, LC*, Case No. 2:13-CV-482 TS. It is therefore

ORDERED that Thrive Holdings' Motion to Consolidate (Docket No. 28) is GRANTED. The parties are further instructed to meet and confer and submit a proposed revised scheduling order in the consolidated case within twenty-one (21) days of this Order.

Dated this 19th day of December, 2013.

BY THE COURT:

_____
The Honorable Ted Stewart
District Judge

2