Justin T. Toth (8438)
Arthur B. Berger (6490)
Samuel C. Straight (7638)
Maria E. Heckel (10761)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Young Living Essential Oils, LC, YL Holdings, Inc., Gary Young, Mary Young, Travis Ogden, Son Le, Kevin Pace, Craig Aramaki, Jared Turner, and Marc Schrueder*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| THRIVE HOLDINGS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC, a Utah limited liability company, et al.,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:13-CV-482-TS<br><br>[Consolidated with Case No. 2:13-CV-502-CW-PMW and Case No. 2:14-CV-167-TS] |

Based on the Stipulation of Dismissal with Prejudice filed by the parties to this consolidated action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS HEREBY ORDERED that this action, including all actions consolidated herein, is dismissed with prejudice. Each party will bear its own attorney fees and costs. Specifically, the following actions are dismissed with prejudice:

1. *Thrive Holdings, LLC v. Young Living Essential Oils, LC et al.*, Civil No. 2:13-CV-482-TS [the consolidated action];

2. *Young Living Essential Oils, LC v. doTERRA, Inc. et al.*, Civil No. 2:13-CV-502-CW-PMW; and

3. *Thrive Holdings, LLC v. Young Living Essential Oils, LC.*, Civil No. 2:14-CV-167-TS.

DATED this 21st day of May, 2014.

Hon. Ted Stewart
United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

DURHAM, JONES & PINEGAR, P.C.

/s/ Aaron R. Harris*
Stephen Quesenberry
Aaron R. Harris
Matthew J. Orme

SMITH LC
Steven C. Smith
Mark T. Kearney

*Attorneys for Thrive Holdings, LLC, doTERRA, Inc., doTERRA International, LLC, and doTERRA Holdings, LLC*

*Signed by filing attorney with permission of Aaron R. Harris

1283780